UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIK STANFORD,<br><br>        Plaintiff,<br><br>v.<br><br>23ANDME, INC.,<br><br>        Defendant. | Case No. 24-cv-00603-VKD<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Edward M. Chen for consideration of whether the case is related to *Santana et al v. 23andMe, Inc.*, No. 3:23-cv-05147-EMC.

**IT IS SO ORDERED.**

Dated: February 27, 2024

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge